# EXHIBIT 6

# COMPLAINT

## INDEPENDENT CONTRACTOR AGREEMENT

LC Anesthesiology, LLC (hereinafter referred to as "Client") agrees to contract Al Hardy, CRNA, (hereinafter referred to as "Contractor") beginning May 19, 2014, exclusively at Client's practice location, Catawba Gastro, LLC (hereinafter referred to as "Facility") located in Lancaster, SC.

### CLIENT AGREES TO:

I. Client agrees to provide the following:
   A. An annual salary of $175,000, based on 47 weeks.
   B. Pro Rata pay for any weeks worked in addition to 47 weeks.
   C. Checks will be issued on the 1st of each month following submission of invoices for hours worked.
   D. Provide a schedule that consists of no call, no weekends, no holidays (Holidays off are Labor Day, Memorial Day, Independence Day, Thanksgiving Day, Christmas Day, and New years Day).
   E. Pay at the rate of $100.00 per hour for hours worked over 40 in any given week for Monday – Friday.
   F. If case volume increases, thereby causing the provider to consistently work 40 hours per week, Client agrees to a have a discussion with Contractor regarding new terms for this agreement.

### CONTRACTOR AGREES:

I. To work a minimum of 47 weeks each year.
II. To give at least 10 working days notice of any time off.
III. To procure and maintain professional liability insurance in the amount of $1,000,000 per occurrence and $3,000,000 in aggregate.
IV. To make available all documentation requested by Client for proof of Contractor's licensure, certification, and/or hospital privileges.
V. To follow the policies, procedures and medical staff bylaws of the Client and Facility in which the Contractor is practicing, which may include mandatory drug screening.
VI. To maintain customary medical records in accordance with the standards set forth by the Client and Facility. Such medical records shall remain the property of the Client and or Facility.
VII. To immediately notify Client in the event of any incident or event occurring that could reasonably result in liability or an allegation of negligence.
VIII. Immediately notify Client in the event of the occurrence of any one or more of the following: the expiration, restriction, limitation or termination of Contractor's state licensure or certification; or the institution, or threat of the institution, of any action seeking the restriction, limitation or termination of Contractor's state licensure or certification; the voluntary or involuntary relinquishment, suspension, termination, restriction, limitation or challenge to Contractor's state licensure or certification; the institution of a disciplinary proceeding against Contractor by any state licensing board; the suspension, termination, sanctioning, restriction or limitation of Contractor's participation in any private, public, federal or state health insurance program, including Medicare, Medicaid, CHAMPUS and Blue Cross Blue Shield; or any formal allegation that Contractor committed a felony, a crime of moral turpitude, or any other crime other than minor traffic-related misdemeanors.

*AEH*

IX. Indemnify and hold harmless Client and Facility and Client's officers, directors and employees and the Facility where Contractor is performing services for any and all work-related accidents or claims while under contract.

X. Contractor agrees that Contractor will not, for a period of 24 months after the expiration of this agreement, provide anesthesia services in this facility without express and written permission of Client.

## GENERAL PROVISIONS

I. The effective date of this agreement will be May 19, 2014 and the initial term of this agreement will begin on the effective date and will continue until May 19, 2015 (TBD); thereafter, the agreement shall automatically renew for successive one year terms, unless the agreement is earlier terminated as provided herein.

II. The provisions of this Agreement shall be severable, and in the event that any provision of it is found by any court to be unenforceable, in whole or in part, the remainder of this Agreement shall nevertheless be enforceable and binding.

III. Contractor and Client shall function as Independent Contractors under this agreement. Contractor understands that the Client and the Facility is not responsible for withholding or paying any taxes of any nature whatsoever, including but not limited to social security, federal and state income tax withholding, unemployment, disability insurance, or worker's compensation. Contractor assumes full responsibility for identifying any applicable tax requirements, and for compliance with such requirements including but not limited to any liability based upon any determination regarding Contractor's independent contractor status.

IV. This Agreement will survive termination of Contractor's position by Client and is binding upon Contractor, his/her heirs, executors, administrators, successors, and assigns. Contractor may not assign or transfer his/her interests herein, or delegate his/her duties hereunder, without the written consent of Client. Client may freely assign or transfer its interests herein and delegate its duties hereunder. Any assignment or delegation of duties in violation of this provision shall be null and void.

V. This Agreement has been fully negotiated and agreed upon. It shall not be construed against the drafter of the document because they drafted the document as they have done so merely for convenience.

VI. The terms of this Agreement shall be construed in accordance with the laws of the State of Georgia.

## TERMINATION:

In the event Contractor commits the following: gross negligence, intentional dereliction of duty, loss of privileges through due process, felonious acts, exhibiting inability to perform duties, or failure to abide by applicable departmental and facility policies and procedures and medical staff bylaws, Client may immediately procure the removal of Contractor. In the event Contractor is terminated for cause, Client must nevertheless pay for actual time worked.

Either party shall have the right to terminate this agreement upon 90 working days prior notice, either verbal or written, to other party. In addition, this Agreement shall terminate immediately upon occurrence of any of the following:

A. The denial or revocation of Contractor's professional facility privileges.
B. The revocation or suspension of Contractor's medical state licensing.
C. Facility request for immediate removal of Contractor.

04/17/2014  12:34   8283491357   THE UPS STORE   PAGE  04/04

IN WITNESS WHEREOF, the undersigned have hereunto set their hands and seals on the dates hereinafter stated.

_[signature]_  Date _4/16/14_

Client, by duly authorized representative

_[signature]_  Date _16 April 2014_

Contractor