**EXHIBIT 7**

**COMPLAINT**

## January Distributions
## 2/10/2012

|      | Current Balance | Plus Distr | Leave     |            |            |            |           |
|------|-----------------|------------|-----------|------------|------------|------------|-----------|
|      |                 |            |           |            | CPM        | JW         | AQ        |
| NEGA | 293,801.31      |            | 23,801.31 | 270,000.00 | 137,700.00 | 66,150.00  | 66,150.00 |
|      |                 |            |           |            | ETX        | Ambulatory |           |
| IA   | 115,417.82      |            | 32,417.82 | 83,000.00  | 49,800.00  | 33,200.00  |           |
|      |                 |            |           |            | ETX        | Dekalb     |           |
| GP   | 117,327.73      |            | 36,327.73 | 81,000.00  | 41,310.00  | 39,690.00  |           |
|      |                 |            |           |            | CPM        | Palmetto   |           |
| SC   |                 |            |           | -          | -          | -          |           |
|      |                 |            |           |            | CPM        | JW         |           |
| ETX  | 11,409.07       | 91,110.00  | 12,519.07 | 90,000.00  | 63,000.00  | 27,000.00  |           |
|      |                 |            |           |            | VWTW       | GA Med     | RWD       |
| CPM  | 18,833.13       | 200,700.00 | 59,533.13 | 160,000.00 | 80,000.00  | 80,000.00  | -         |
|      |                 |            |           |            | CPM        | Ausburn    |           |
| MGA  | -               |            |           | -          | -          | -          |           |

## February Distributions
## 3/12/2012

| | Current Balance | Plus Distr | Leave | | | CPM | JW | AQ |
|---|---|---|---|---|---|---|---|---|
| NEGA | 143,356.62 | | 43,356.62 | 100,000.00 | | 51,000.00 | 24,500.00 | 24,500.00 |
| | | | | | | ETX | Ambulatory | |
| IA | 78,312.52 | | 33,312.52 | 45,000.00 | | 27,000.00 | 18,000.00 | |
| | | | | | | ETX | Dekalb | |
| GP | 73,594.86 | | 23,594.86 | 50,000.00 | | 25,500.00 | 24,500.00 | |
| | | | | | | CPM | Palmetto | |
| SC | - | | | - | | - | - | |
| | | | | | | CPM | JW | |
| ETX | 12,387.82 | 52,500.00 | 5,387.82 | 59,500.00 | | 41,650.00 | 17,850.00 | |
| | | | | | | VWTW | GA Med | RWD |
| CPM | 18,444.50 | 107,650.00 | 56,094.50 | 70,000.00 | | 35,000.00 | 35,000.00 | - |
| | | | | | | CPM | Ausburn | |
| MGA | 45,395.98 | | 25,395.98 | 20,000.00 | | 15,000.00 | 5,000.00 | |

## March Distributions
## 4/9/2012

|      | Current Balance | Plus Distr | Leave     |            |            |            |           |
|------|-----------------|------------|-----------|------------|------------|------------|-----------|
|      |                 |            |           |            | CPM        | JW         | AQ        |
| NEGA | 376,955.00      |            | 36,955.00 | 340,000.00 | 173,400.00 | 83,300.00  | 83,300.00 |
|      |                 |            |           |            | ETX        | Ambulatory |           |
| IA   | 130,476.51      |            | 30,476.51 | 100,000.00 | 60,000.00  | 40,000.00  |           |
|      |                 |            |           |            | ETX        | Dekalb     |           |
| GP   | 75,668.11       |            | 20,668.11 | 55,000.00  | 28,050.00  | 26,950.00  |           |
|      |                 |            |           |            | CPM        | Palmetto   |           |
| SC   | -               |            | -         | -          | -          | -          |           |
|      |                 |            |           |            | CPM        | JW         |           |
| ETX  | 5,137.82        | 88,050.00  | 5,137.82  | 88,050.00  | 61,635.00  | 26,415.00  |           |
|      |                 |            |           |            | VWTW       | GA Med     | RWD       |
| CPM  | 11,865.86       | 235,035.00 | 46,900.86 | 200,000.00 | 100,000.00 | 100,000.00 | -         |
|      |                 |            |           |            | CPM        | Ausburn    |           |
| MGA  |                 |            |           | -          | -          | -          |           |

## April Distributions
## 5/9/2012

|      | Current Balance | Plus Distr | Leave     |            |            |            |           |
|------|-----------------|------------|-----------|------------|------------|------------|-----------|
|      |                 |            |           |            | CPM        | JW         | AQ        |
| NEGA | 309,899.15      |            | 81,899.15 | 228,000.00 | 116,280.00 | 55,860.00  | 55,860.00 |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | ETX        | Ambulatory |           |
| IA   | 147,991.42      |            | 52,991.42 | 95,000.00  | 57,000.00  | 38,000.00  |           |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | ETX        | Dekalb     |           |
| GP   | 161,359.32      |            | 46,351.32 | 115,008.00 | 58,658.00  | 56,350.00  |           |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | CPM        | Palmetto   |           |
| SC   | -               |            | -         | -          | -          | -          |           |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | CPM        | JW         |           |
| ETX  | 2,485.32        | 115,658.00 | 3,143.32  | 115,000.00 | 80,500.00  | 34,500.00  |           |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | VWTW       | GA Med     | RWD       |
| CPM  | 5,817.26        | 196,780.00 | 32,597.26 | 170,000.00 | 85,000.00  | 85,000.00  | -         |
|      |                 |            |           |            |            |            |           |
|      |                 |            |           |            | CPM        | Ausburn    |           |
| MGA  |                 |            |           | -          | -          | -          |           |

## May Distributions
## 6/13/2012

| | Current Balance | Plus Distr | Leave | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | CPM | JW | AQ |
| NEGA | 328,655.33 | | 48,655.33 | 280,000.00 | 142,800.00 | 68,600.00 | 68,600.00 |
| | | | | | ETX | Ambulatory | |
| IA | 170,445.82 | | 30,445.82 | 140,000.00 | 84,000.00 | 56,000.00 | |
| | | | | | ETX | Dekalb | |
| GP | 129,018.19 | | 39,018.19 | 90,000.00 | 45,900.00 | 44,100.00 | |
| | | | | | CPM | Palmetto | |
| SC | - | | - | - | - | - | |
| | | | | | CPM | JW | |
| ETX | 2,043.32 | 129,900.00 | 6,943.32 | 125,000.00 | 87,500.00 | 37,500.00 | |
| | | | | | VWTW | GA Med | RWD |
| CPM | 7,383.03 | 230,300.00 | 87,683.03 | 150,000.00 | 75,000.00 | 75,000.00 | - |
| | | | | | CPM | Ausburn | |
| MGA | - | | - | - | - | - | |

## June Distributions
## 7/11/2012

|      | Current Balance | Plus Distr | Leave     |            |            |            |           |
|------|-----------------|------------|-----------|------------|------------|------------|-----------|
|      |                 |            |           |            | CPM        | JW         | AQ        |
| NEGA | 230,982.49      |            | 30,982.49 | 200,000.00 | 102,000.00 | 49,000.00  | 49,000.00 |
|      |                 |            |           |            | ETX        | Ambulatory |           |
| IA   | 111,867.78      |            | 31,867.78 | 80,000.00  | 48,000.00  | 32,000.00  |           |
|      |                 |            |           | -          | ETX        | Dekalb     |           |
| GP   | 133,502.65      |            | 33,502.65 | 100,000.00 | 51,000.00  | 49,000.00  |           |
|      |                 |            |           |            | CPM        | Palmetto   |           |
| SC   | 75,351.74       |            | 30,351.74 | 45,000.00  | 22,950.00  | 22,050.00  |           |
|      |                 |            |           |            | CPM        | JW         |           |
| ETX  | 6,843.32        | 99,000.00  | 5,843.32  | 100,000.00 | 70,000.00  | 30,000.00  |           |
|      |                 |            |           |            | VWTW       | GA Med     | RWD       |
| CPM  | 72,542.98       | 213,700.00 | 86,242.98 | 200,000.00 | 100,000.00 | 100,000.00 | -         |
|      |                 |            |           |            | CPM        | Ausburn    |           |
| MGA  | 41,358.49       |            | 16,358.49 | 25,000.00  | 18,750.00  | 6,250.00   |           |


## July Distributions
### 8/14/2012

|      | Current Balance | Plus Distr | Leave      |            | CPM        | JW         | AQ        |
|------|-----------------|------------|------------|------------|------------|------------|-----------|
| NEGA | 308,000.00      |            | 38,000.00  | 270,000.00 | 137,700.00 | 66,150.00  | 66,150.00 |
|      |                 |            |            |            | ETX        | Ambulatory |           |
| IA   | 105,000.00      |            | 35,000.00  | 70,000.00  | 42,000.00  | 28,000.00  |           |
|      |                 |            |            |            | ETX        | Dekalb     |           |
| GP   | 170,000.00      |            | 30,000.00  | 140,000.00 | 71,400.00  | 68,600.00  |           |
|      |                 |            |            |            | CPM        | Palmetto   |           |
| SC   | 131,000.00      |            | 31,000.00  | 100,000.00 | 51,000.00  | 49,000.00  |           |
|      |                 |            |            |            | CPM        | JW         |           |
| ETX  | 5,105.82        | 113,400.00 | 5,105.82   | 113,400.00 | 79,380.00  | 34,020.00  |           |
|      |                 |            |            |            | VWTW       | GA Med     | RWD       |
| CPM  | 39,945.07       | 268,080.00 | 108,025.07 | 200,000.00 | 100,000.00 | 100,000.00 | -         |
|      |                 |            |            |            | CPM        | Ausburn    |           |
| MGA  | -               |            | -          | -          | -          | -          |           |

## August Distributions
## 9/12/2012

| | Current Balance | Plus Distr | Leave | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | CPM | JW | AQ |
| NEGA | 304,000.00 | | 34,000.00 | 270,000.00 | 137,700.00 | 66,150.00 | 66,150.00 |
| | | | | | ETX | Ambulatory | |
| IA | 130,700.00 | | 30,700.00 | 100,000.00 | 51,000.00 | 49,000.00 | |
| | | | | | ETX | Dekalb | |
| GP | 152,800.00 | | 32,800.00 | 120,000.00 | 61,200.00 | 58,800.00 | |
| | | | | | CPM | Palmetto | |
| SC | 164,000.00 | | 34,000.00 | 130,000.00 | 66,300.00 | 63,700.00 | |
| | | | | | CPM | JW | |
| ETX | 4,955.82 | 112,200.00 | 4,955.82 | 112,200.00 | 78,540.00 | 33,660.00 | |
| | | | | | VWTW | GA Med | RWD |
| CPM | 63,994.50 | 282,540.00 | 63,994.50 | 282,540.00 | 134,206.50 | 134,206.50 | 14,127.00 |
| | | | | | CPM | Ausburn | |
| MGA | - | | - | - | - | - | |

## September Distributions
## 10/16/2012

| | Current Balance | Plus Distr | Leave | | | CPM | JW | AQ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CPM | JW | AQ |
| NEGA | 355,700.00 | | 30,000.00 | 325,700.00 | | 166,107.00 | 79,796.50 | 79,796.50 |
| | | | | | | 1226 | 1227 | 1228 |
| | | | | | | ETX | Ambulatory | |
| A | 187,200.00 | | 30,000.00 | 157,200.00 | | 80,172.00 | 77,028.00 | |
| | | | | | | 1111 | ACH | |
| | | | | | | ETX | Dekalb | |
| GP | 146,500.00 | | 30,000.00 | 116,500.00 | | 59,415.00 | 57,085.00 | |
| | | | | | | 1084 | 1085 | |
| | | | | | | CPM | Palmetto | |
| SC | 141,500.00 | | 30,000.00 | 111,500.00 | | 56,865.00 | 54,635.00 | |
| | | | | | | 1020 | 1021 | |
| | | | | | | CPM | JW | |
| ETX | 2,600.00 | 139,587.00 | 5,000.00 | 137,187.00 | | 96,030.90 | 41,156.10 | |
| | | | | | | 1042 | 1043 | |
| | | | | | | VWTW | GA Med | RWD |
| CPM | 26,700.00 | 319,002.90 | 50,000.00 | 295,702.90 | | 140,458.88 | 140,458.88 | 14,785.15 |
| | | | | | | 1676 | 1677 | 1678 |
| | | | | | | CPM | Ausburn | |
| MGA | | | | - | | - | - | |

## October Distributions
## 11/14/2012

| | Current Balance | Plus Distr | Leave | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | CPM | JW | AQ |
| NEGA | 320,900.00 | | 40,000.00 | 280,900.00 | 143,259.00 | 68,820.50 | 68,820.50 |
| | | | | | ETX | Ambulatory | |
| IA | 129,000.00 | | 28,000.00 | 101,000.00 | 51,510.00 | 49,490.00 | |
| | | | | | ETX | Dekalb | |
| GP | 108,900.00 | | 28,900.00 | 80,000.00 | 40,800.00 | 39,200.00 | |
| | | | | | CPM | Palmetto | |
| SC | 121,500.00 | | 30,000.00 | 91,500.00 | 46,665.00 | 44,835.00 | |
| | | | | | CPM | JW | |
| ETX | 4,500.00 | 92,310.00 | 4,500.00 | 92,310.00 | 64,617.00 | 27,693.00 | |
| | | | | | VWTW | GA Med | RWD |
| CPM | 3,200.00 | 254,541.00 | 27,000.00 | 230,741.00 | 109,601.98 | 109,601.98 | 11,537.05 |
| | | | | | CPM | Ausburn | |
| MGA | - | | | - | - | - | |

Year-to-Date Distributions
2012

|  | Current Balance | Plus Distr | Leave |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | CPM | JW | AQ |
| NEGA |  |  |  | 2,564,600.00 | 1,307,946.00 | 628,327.00 | 628,327.00 |
|  |  |  |  |  | ETX | Ambulatory |  |
| IA |  |  |  | 971,200.00 | 550,482.00 | 420,718.00 |  |
|  |  |  |  |  | ETX | Dekalb |  |
| GP |  |  |  | 947,508.00 | 483,233.00 | 464,275.00 |  |
|  |  |  |  |  | CPM | Palmetto |  |
| SC |  |  |  | 478,000.00 | 243,780.00 | 234,220.00 |  |
|  |  |  |  |  | CPM | JW |  |
| ETX |  | 1,033,715.00 |  | 1,032,647.00 | 722,852.90 | 309,794.10 |  |
|  |  |  |  |  | VWTW | GA Med | RWD |
| CPM |  | 2,308,328.90 |  | 1,958,983.90 | 959,267.35 | 959,267.35 | 40,449.20 |
|  |  |  |  |  | CPM | Ausburn |  |
| MGA |  |  |  | 45,000.00 | 33,750.00 | 11,250.00 |  |
| TOTAL |  |  |  | 5,006,308.00 |  |  |  |