# EXHIBIT 9

# COMPLAINT

# U.S., GA, FL, TX, EX REL. ROBERT DOUGLAS

## ENTITY DETAILS

| JOINT VENTURE NAME | FORMED | STATE | CPM/ETX | ASC NAME | Physician Group |
|---|---|---|---|---|---|
| Northeast Georgia Anesthesiology, LLC ("NGA" & "JV1") | 3/29/2010 | GA | ETX/CPM | ATHENS GASTROENTEROLOGY ENDOSCOPY CENTER, INC. ("ATHENS GASTRO" & "ASC1") | ATHENS GASTROENTEROLOGY ASSOCIATION, P.C., |
| SC Anesthesiology, LLC ("SC ANESTH" & "JV2") | 12/22/2011 | SC | CPM | PALMETTO ENDOSCOPY SUITE, LLC ("PES" & "ASC2") | CAROLINA DIGESTIVE DISEASE, P.A. |
| Independent Anesthesia, LLC; ("JV3") | 3/3/2011 | TX | ETX/CPM | Ambulatory Anesthesia Services, PLLC ("ASC3A") | DIGESTIVE HEALTH SPECIALISTS OF TYLER, LLP |
| | | | | DIGESTIVE HEALTH SPECIALISTS ENDOSCOPY, PLLC ("ASC3B") | |
| GP Anesthesiology, LLC ("JV4") | 5/12/2011 | GA | ETX/CPM | GASTROENTEROLOGY SPECIALISTS OF DEKALB, LLC ("ASC4") | GASTROENTEROLOGY SPECIALISTS OF DEKALB, LLC ("John Doe 1") |
| DC Anesthesia, LLC ("JV5") | 12/3/2014 | GA | ETX/CPM | DEKALB ENDOSOCOPY CENTER, LLC. ("ASC5") | DEKALB GASTROENTEROLOGY ASSOCIATES II, LLC |
| | | | | | DEKALB GASTROENTEROLOGY ASSOCIATES III, LLC |
| SG ANESTHESIA, LLC ("JV6") | 12/11/2012 | GA | CPM | SOUTHERN ENDOSCOPY SUITE, LLC ("ASC6") | SOUTHERN GASTROENTEROLOGY ASSOCIATES, L.L.C. |
| Excel Anesthesia, LLC; ("JV7") | 8/27/2015 | AL | CPM | GASTROENTEROLOGY CONSULTANTS OF TUSCALOOSA, INC. ("ASC7") | GASTRO CARE, P.C.. |
| LC Anesthesiology, LLC ("JV8") | 4/4/2013 | SC | CPM | CATAWBA GASTROENTEROLOGY LAND, LLC ("ASC8") | CATAWBA GASTROENTEROLOGY, PA |
| RG Anesthesia, LLC ("JV9") | 1/30/2014 | GA | CPM | THE ROME ENDOSCOPY CENTER, INC. ("ASC9") | ROME GASTRO ENTEROLOGY ASSOCIATES, INC. |
| AC Anesthesia, LLC ("AC ANESTH" & "JV10") | 2/10/2012 | GA | CPM | ATHENS VASCULAR SURGERY, LLC ("ASC10" & "AVS") | UNIVERSITY SURGICAL ASSOCIATES OF ATHENS, PC |
| CF Anesthesia, LLC ("JV11") | 5/13/2013 | FL | CPM | CENTRAL FLORIDA ENDOSCOPY & SURGICAL INSTITUTE OF OCALA, LLC ("ASC11") | GASTRO CARE ASSOCIATES, LLC; |
| | | | | | 7 HILL GASTROENTEROLOGY, P.A. |

| FFS NAME | FORMED | STATE | CPM/ETX | ASC NAME | Physician Group |
|---|---|---|---|---|---|
| Middle Georgia Anesthesiology, LLC; ("FFS1") | 6/4/2010 | GA | CPM | PEACH STATE SURGICAL CENTERS, INC. | FOOT & ANKLE CENTER OF MIDDLE GEORGIA, LLC |
| | | | | THE FOOT & ANKLE SURGERY CENTER, L.L.C. | FOOT & ANKLE OF WEST GEORGIA, P.C. |
| TC Anesthesia, LLC ("FFS2") | 8/4/2014 | AL | CPM | GASTROENTEROLOGY CONSULTANTS OF TUSCALOOSA, INC. | GASTRO CARE, P.C.. |
| AU Anesthesiology, LLC ("AU ANESTH" & "FFS3") | 9/9/2012 | GA | CPM | GEORGIA SURGICARE, LLC ("GSC") | GEORGIA SURGICARE, LLC ("John Doe 2") |