FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2022

KEVIN P. WEIMER, Clerk
By: /s/ Scott
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION



ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, FLORIDA AND TEXAS, EX REL. ROBERT W. DOUGLAS, <br><br> PLAINTIFF-RELATOR, <br><br> v. <br><br> CARE PLUS MANAGEMENT, LLC; PREMIER CHOICE BILLING, LLC; HEXIT, INC. F/K/A RADAR HEALTHCARE PROVIDERS, INC.; JOHN R. MORGAN MD; GEORGIA MEDICAL AND ANESTHESIA SERVICES, LLC; PAUL D. WEIR; VWTW, LLC; JEFFREY WILLIAMS, MD; ETX, LLC; AND JOHN DOES (1-30) AND <br><br> AC ANESTHESIOLOGY, LLC; ATHENS GASTROENTEROLOGY ASSOCIATION, P.C.; ATHENS GASTROENTEROLOGY ENDOSCOPY CENTER, INC.; ATHENS VASCULAR SURGERY, LLC; AU ANESTHESIOLOGY, LLC; CF ANESTHESIA, LLC; DC ANESTHESIA, LLC; DEKALB ENDOSCOPY CENTER, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES II, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES III, LLC; EXCEL ANESTHESIA, LLC; FOOT & ANKLE OF WEST GEORGIA, P.C.; GASTROENTEROLOGY SPECIALISTS OF DEKALB, LLC; GEORGIA SURGICARE, LLC; GP ANESTHESIOLOGY, LLC; | Civil Action No. <br><br> 1:16-cv-4439-WMR <br><br><br> **FILED *EX PARTE* and UNDER SEAL** |

1

INDEPENDENT ANESTHESIA, LLC; LC ANESTHESIOLOGY, LLC; MIDDLE GEORGIA ANESTHESIOLOGY, LLC; NORTHEAST GEORGIA ANESTHESIOLOGY, LLC; PEACH STATE SURGICAL CENTERS, INC.; RG ANESTHESIA, LLC; ROME GASTROENTEROLOGY ASSOCIATES, INC.; SC ANESTHESIOLOGY, LLC; SG ANESTHESIA, LLC; SOUTHERN ENDOSCOPY SUITE, LLC; SOUTHERN GASTROENTEROLOGY ASSOCIATES, LLC; TC ANESTHESIA, LLC; THE FOOT & ANKLE SURGERY CENTER, LLC; THE ROME ENDOSCOPY CENTER INC.,; UNIVERSITY SURGICAL ASSOCIATES OF ATHENS, PC; AND JOHN DOES 31-60; AND

AMBULATORY ANESTHESIA SERVICE, PLLC; DIGESTIVE HEALTH SPECIALISTS ENDOSCOPY, PLLC; DIGESTIVE HEALTH SPECIALISTS OF TYLER LLP; INDEPENDENT ANESTHESIA, LLC; AND JOHN DOES 61-90; AND

CAROLINA DIGESTIVE DISEASE, P.A.; CATAWBA GASTROENTEROLOGY, PA; CATAWBA GASTROENTEROLOGY LAND, LLC; LC ANESTHESIOLOGY, LLC; PALMETTO ENDOSCOPY SUITE, LLC; SC ANESTHESIOLOGY, LLC; AND JOHN DOES 91-120; AND

EXCEL ANESTHESIA, LLC; GASTRO CARE, P.C.; TC ANESTHESIA, LLC; GASTROENTEROLOGY CONSULTANTS

OF TUSCALOOSA, INC.; AND JOHN
DOES 121-150; AND

7 HILL GASTROENTEROLOGY, P.A.; CF
ANESTHESIA, LLC; CENTRAL FLORIDA
ENDOSCOPY & SURGICAL INSTITUTE
OF OCALA, LLC; GASTRO CARE
ASSOCIATES, LLC; AND JOHN DOES
150-175, JOINTLY AND SEVERALLY,

DEFENDANTS.

## THE UNITED STATES OF AMERICA AND STATE OF GEORGIA'S NOTICE OF ELECTION TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) and the Georgia False Medicaid Claims Act, O.C.G.A. §§ 49-4-168.1, *et seq.*, the United States of America (the "United States") and the State of Georgia ("Georgia") (collectively, the "Government") notify the Court of their decision to intervene as to claims asserted by the Relator on behalf of the Government against the following defendants:

- Care Plus Management, LLC ("Care Plus")
- Paul D. Weir
- John R. Morgan, M.D.
- AC Anesthesiology, LLC
- AG Anesthesia, LLC

3

- AU Anesthesiology, LLC
- CF Anesthesia, LLC
- DC Anesthesia, LLC
- Excel Anesthesia LLC
- GP Anesthesiology, LLC
- Independent Anesthesia, LLC
- KF Anesthesia, LLC
- LC Anesthesiology, LLC
- MD Anesthesia, LLC
- Middle Georgia Anesthesiology, LLC
- Northeast Georgia Anesthesiology, LLC
- RG Anesthesia, LLC
- SC Anesthesiology, LLC
- SG Anesthesia, LLC
- TC Anesthesia, LLC
- MS Anesthesia, LLC

The Government declines to intervene as to all other claims asserted on its behalf in this action.[1]

The Government further notifies the Court that the Government has reached a settlement agreement with the above-named parties and the Relator, which is currently being finalized. Pursuant to the terms of the agreement, the above-named parties will have 10 days from the effective date of the agreement to make their initial payment under the agreement. The Government and the Relator will file their motion to dismiss upon the Government's receipt of those funds.

Accordingly, the Government respectfully requests that the seal remain in place for a period of four additional weeks, up through and including April 13, 2022, while the parties to the settlement agreement fully execute the agreement.

A proposed order accompanies this notice.

---

[1] The States of Florida and Texas, also named in the complaint, do not plan to intervene as to any portion of the action nor are they participants to the settlement agreement. Pursuant to the Settlement Agreement, the claims with respect to both Florida and Texas will be dismissed without prejudice as to each such government entity.

Respectfully submitted, this 16th day of March, 2022.

| | |
|---|---|
| CHRISTOPHER M. CARR<br>ATTORNEY GENERAL<br><br>*/s/ Jim Mooney*<br>JIM MOONEY<br>(signed by Neeli Ben-David with express permission)<br>ASSISTANT ATTORNEY GENERAL<br>Georgia Bar No. 940402<br>Georgia Medicaid Fraud Control Unit<br>200 Piedmont Ave., S.E.<br>West Tower, 19th Floor<br>Atlanta, Georgia 30334<br>Phone: (404) 458-3805<br>jmooney@law.ga.gov<br><br>*Counsel for the State of Georgia* | KURT R. ERSKINE<br>UNITED STATES ATTORNEY<br><br>*/s/ Neeli Ben-David*<br>NEELI BEN-DAVID<br>ASSISTANT U.S. ATTORNEY<br>Georgia Bar No. 049788<br>600 Richard B. Russell Federal Bldg.<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia 30303<br>Telephone: (404) 581-6303<br>Facsimile: (404) 581-4667<br><br>*Counsel for United States of America* |

6



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2022

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, FLORIDA AND TEXAS, EX REL. ROBERT W. DOUGLAS,<br><br>PLAINTIFF-RELATOR,<br><br>v.<br><br>CARE PLUS MANAGEMENT, LLC; PREMIER CHOICE BILLING, LLC; HEXIT, INC. F/K/A RADAR HEALTHCARE PROVIDERS, INC.; JOHN R. MORGAN MD; GEORGIA MEDICAL AND ANESTHESIA SERVICES, LLC; PAUL D. WEIR; VWTW, LLC; JEFFREY WILLIAMS, MD; ETX, LLC; AND JOHN DOES (1-30) AND<br><br>AC ANESTHESIOLOGY, LLC; ATHENS GASTROENTEROLOGY ASSOCIATION, P.C.; ATHENS GASTROENTEROLOGY ENDOSCOPY CENTER, INC.; ATHENS VASCULAR SURGERY, LLC; AU ANESTHESIOLOGY, LLC; CF ANESTHESIA, LLC; DC ANESTHESIA, LLC; DEKALB ENDOSCOPY CENTER, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES II, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES III, LLC; EXCEL ANESTHESIA, LLC; FOOT & ANKLE OF WEST GEORGIA, P.C.; GASTROENTEROLOGY SPECIALISTS OF DEKALB, LLC; GEORGIA SURGICARE, LLC; GP ANESTHESIOLOGY, LLC; | Civil Action No.<br><br>1:16-cv-4439-WMR<br><br><br><br>**FILED *EX PARTE* and UNDER SEAL** |

1

INDEPENDENT ANESTHESIA, LLC; LC ANESTHESIOLOGY, LLC; MIDDLE GEORGIA ANESTHESIOLOGY, LLC; NORTHEAST GEORGIA ANESTHESIOLOGY, LLC; PEACH STATE SURGICAL CENTERS, INC.; RG ANESTHESIA, LLC; ROME GASTROENTEROLOGY ASSOCIATES, INC.; SC ANESTHESIOLOGY, LLC; SG ANESTHESIA, LLC; SOUTHERN ENDOSCOPY SUITE, LLC; SOUTHERN GASTROENTEROLOGY ASSOCIATES, LLC; TC ANESTHESIA, LLC; THE FOOT & ANKLE SURGERY CENTER, LLC; THE ROME ENDOSCOPY CENTER INC.,; UNIVERSITY SURGICAL ASSOCIATES OF ATHENS, PC; AND JOHN DOES 31-60; AND

AMBULATORY ANESTHESIA SERVICE, PLLC; DIGESTIVE HEALTH SPECIALISTS ENDOSCOPY, PLLC; DIGESTIVE HEALTH SPECIALISTS OF TYLER LLP; INDEPENDENT ANESTHESIA, LLC; AND JOHN DOES 61-90; AND

CAROLINA DIGESTIVE DISEASE, P.A.; CATAWBA GASTROENTEROLOGY, PA; CATAWBA GASTROENTEROLOGY LAND, LLC; LC ANESTHESIOLOGY, LLC; PALMETTO ENDOSCOPY SUITE, LLC; SC ANESTHESIOLOGY, LLC; AND JOHN DOES 91-120; AND

EXCEL ANESTHESIA, LLC; GASTRO CARE, P.C.; TC ANESTHESIA, LLC; GASTROENTEROLOGY CONSULTANTS

2

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2022

KEVIN P. WEIMER, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, FLORIDA AND TEXAS, EX REL. ROBERT W. DOUGLAS, <br><br>PLAINTIFF-RELATOR, <br><br>v. <br><br>CARE PLUS MANAGEMENT, LLC; PREMIER CHOICE BILLING, LLC; HEXIT, INC. F/K/A RADAR HEALTHCARE PROVIDERS, INC.; JOHN R. MORGAN MD; GEORGIA MEDICAL AND ANESTHESIA SERVICES, LLC; PAUL D. WEIR; VWTW, LLC; JEFFREY WILLIAMS, MD; ETX, LLC; AND JOHN DOES (1-30) AND <br><br>AC ANESTHESIOLOGY, LLC; ATHENS GASTROENTEROLOGY ASSOCIATION, P.C.; ATHENS GASTROENTEROLOGY ENDOSCOPY CENTER, INC.; ATHENS VASCULAR SURGERY, LLC; AU ANESTHESIOLOGY, LLC; CF ANESTHESIA, LLC; DC ANESTHESIA, LLC; DEKALB ENDOSCOPY CENTER, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES II, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES III, LLC; EXCEL ANESTHESIA, LLC; FOOT & ANKLE OF WEST GEORGIA, P.C.; GASTROENTEROLOGY SPECIALISTS OF DEKALB, LLC; GEORGIA SURGICARE, LLC; GP ANESTHESIOLOGY, LLC; | Civil Action No. <br><br>1:16-cv-4439-WMR <br><br><br>FILED *EX PARTE* and UNDER SEAL |

1

INDEPENDENT ANESTHESIA, LLC; LC ANESTHESIOLOGY, LLC; MIDDLE GEORGIA ANESTHESIOLOGY, LLC; NORTHEAST GEORGIA ANESTHESIOLOGY, LLC; PEACH STATE SURGICAL CENTERS, INC.; RG ANESTHESIA, LLC; ROME GASTROENTEROLOGY ASSOCIATES, INC.; SC ANESTHESIOLOGY, LLC; SG ANESTHESIA, LLC; SOUTHERN ENDOSCOPY SUITE, LLC; SOUTHERN GASTROENTEROLOGY ASSOCIATES, LLC; TC ANESTHESIA, LLC; THE FOOT & ANKLE SURGERY CENTER, LLC; THE ROME ENDOSCOPY CENTER INC.,; UNIVERSITY SURGICAL ASSOCIATES OF ATHENS, PC; AND JOHN DOES 31-60; AND

AMBULATORY ANESTHESIA SERVICE, PLLC; DIGESTIVE HEALTH SPECIALISTS ENDOSCOPY, PLLC; DIGESTIVE HEALTH SPECIALISTS OF TYLER LLP; INDEPENDENT ANESTHESIA, LLC; AND JOHN DOES 61-90; AND

CAROLINA DIGESTIVE DISEASE, P.A.; CATAWBA GASTROENTEROLOGY, PA; CATAWBA GASTROENTEROLOGY LAND, LLC; LC ANESTHESIOLOGY, LLC; PALMETTO ENDOSCOPY SUITE, LLC; SC ANESTHESIOLOGY, LLC; AND JOHN DOES 91-120; AND

EXCEL ANESTHESIA, LLC; GASTRO CARE, P.C.; TC ANESTHESIA, LLC; GASTROENTEROLOGY CONSULTANTS

2

OF TUSCALOOSA, INC.; AND JOHN DOES 121-150; AND

7 HILL GASTROENTEROLOGY, P.A.; CF ANESTHESIA, LLC; CENTRAL FLORIDA ENDOSCOPY & SURGICAL INSTITUTE OF OCALA, LLC; GASTRO CARE ASSOCIATES, LLC; AND JOHN DOES 150-175, JOINTLY AND SEVERALLY,

DEFENDANTS.

## CERTIFICATE OF SERVICE

I hereby certify that The United States and State of Georgia's Notice of Election to Intervene in Part and proposed Order, were served by emailing true copies thereof by to:

J. Marc Vezina
jmv@vezinalaw.com

This 16th day of March, 2022.

*Neeli Ben-David*
Neeli Ben-David
Assistant United States Attorney

**THESE DOCUMENTS HAVE NOT BEEN SERVED UPON THE DEFENDANTS BECAUSE THIS CASE REMAINS UNDER SEAL.**

3