

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, FLORIDA AND TEXAS, EX REL. ROBERT W. DOUGLAS,<br><br>PLAINTIFF-RELATOR,<br><br>v.<br><br>CARE PLUS MANAGEMENT, LLC; PREMIER CHOICE BILLING, LLC; HEXIT, INC. F/K/A RADAR HEALTHCARE PROVIDERS, INC.; JOHN R. MORGAN MD; GEORGIA MEDICAL AND ANESTHESIA SERVICES, LLC; PAUL D. WEIR; VWTW, LLC; JEFFREY WILLIAMS, MD; ETX, LLC; AND JOHN DOES (1-30) AND<br><br>AC ANESTHESIOLOGY, LLC; ATHENS GASTROENTEROLOGY ASSOCIATION, P.C.; ATHENS GASTROENTEROLOGY ENDOSCOPY CENTER, INC.; ATHENS VASCULAR SURGERY, LLC; AU ANESTHESIOLOGY, LLC; CF ANESTHESIA, LLC; DC ANESTHESIA, LLC; DEKALB ENDOSCOPY CENTER, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES II, LLC; DEKALB GASTROENTEROLOGY ASSOCIATES III, LLC; EXCEL ANESTHESIA, LLC; FOOT & ANKLE OF WEST GEORGIA, P.C.; GASTROENTEROLOGY SPECIALISTS OF | Civil Action No.<br><br>1:16-cv-4439-WMR<br><br> |

1

DEKALB, LLC; GEORGIA SURGICARE, LLC; GP ANESTHESIOLOGY, LLC; INDEPENDENT ANESTHESIA, LLC; LC ANESTHESIOLOGY, LLC; MIDDLE GEORGIA ANESTHESIOLOGY, LLC; NORTHEAST GEORGIA ANESTHESIOLOGY, LLC; PEACH STATE SURGICAL CENTERS, INC.; RG ANESTHESIA, LLC; ROME GASTROENTEROLOGY ASSOCIATES, INC.; SC ANESTHESIOLOGY, LLC; SG ANESTHESIA, LLC; SOUTHERN ENDOSCOPY SUITE, LLC; SOUTHERN GASTROENTEROLOGY ASSOCIATES, LLC; TC ANESTHESIA, LLC; THE FOOT & ANKLE SURGERY CENTER, LLC; THE ROME ENDOSCOPY CENTER INC.,; UNIVERSITY SURGICAL ASSOCIATES OF ATHENS, PC; AND JOHN DOES 31-60; AND

AMBULATORY ANESTHESIA SERVICE, PLLC; DIGESTIVE HEALTH SPECIALISTS ENDOSCOPY, PLLC; DIGESTIVE HEALTH SPECIALISTS OF TYLER LLP; INDEPENDENT ANESTHESIA, LLC; AND JOHN DOES 61-90; AND

CAROLINA DIGESTIVE DISEASE, P.A.; CATAWBA GASTROENTEROLOGY, PA; CATAWBA GASTROENTEROLOGY LAND, LLC; LC ANESTHESIOLOGY, LLC; PALMETTO ENDOSCOPY SUITE, LLC; SC ANESTHESIOLOGY, LLC; AND JOHN DOES 91-120; AND

EXCEL ANESTHESIA, LLC; GASTRO

CARE, P.C.; TC ANESTHESIA, LLC; GASTROENTEROLOGY CONSULTANTS OF TUSCALOOSA, INC.; AND JOHN DOES 121-150; AND

7 HILL GASTROENTEROLOGY, P.A.; CF ANESTHESIA, LLC; CENTRAL FLORIDA ENDOSCOPY & SURGICAL INSTITUTE OF OCALA, LLC; GASTRO CARE ASSOCIATES, LLC; AND JOHN DOES 150-175, JOINTLY AND SEVERALLY,

DEFENDANTS.

## ORDER

WHEREAS the United States of America (the "United States") and the State of Georgia ("Georgia") (collectively, the "Government") have partially intervened in this action with regard to allegations against defendants Care Plus Management, LLC, AC Anesthesiology, LLC; AG Anesthesia, LLC; AU Anesthesiology, LLC; CF Anesthesia, LLC; DC Anesthesia, LLC; Excel Anesthesia LLC; GP Anesthesiology, LLC; Independent Anesthesia, LLC; KF Anesthesia, LLC; LC Anesthesiology, LLC; MD Anesthesia, LLC; Middle Georgia Anesthesiology, LLC; Northeast Georgia Anesthesiology, LLC; RG Anesthesia, LLC; SC Anesthesiology, LLC; SG Anesthesia, LLC; TC Anesthesia, LLC; MS Anesthesia, LLC; Paul D. Weir; and John R. Morgan, M.D. (collectively, the "Settlement Defendants") for the purpose of effectuating

3

settlement agreements between the Government, Relator Robert W. Douglas (the "Relator") and the Settlement Defendants;

WHEREAS the Government has declined to intervene as to all other allegations and claims asserted in the above-styled *qui tam* action; and

WHEREAS the Government and the Relator have filed a joint stipulation of dismissal with regard to allegations against the Settlement Defendants as well as all remaining claims asserted in the above-caption *qui tam* action;

IT IS HEREBY ORDERED as follows:

1. Consistent with the terms of the settlement agreement between the Government, the Relator, and the Settlement Defendants (the "Settlement Agreement"), the claims asserted by the Relator on behalf of the Government against the Settlement Defendants that are based on the Covered Conduct as defined in Recital D of the Settlement Agreement are dismissed with prejudice. Recital D of the Settlement Agreement specifically provides as follows:

> The United States and Georgia contend that they have certain civil claims against the Settlement Defendants under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733, the Georgia False Medicaid Claims Act ("GFMCA"), O.C.G.A. § 49-4-168, *et seq.*, the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b and Sections 106(E) & (J) of the Part I Policies and Procedures Manual for Medicaid/Peachcare for Kids arising from the following alleged conduct:
>
> 1) Between January 1, 2012 and August 19, 2016, the Settlement Defendants knowingly and willfully offered and paid illegal

4

       remuneration in the form of subsidies for supplies, medication, and equipment, and a joint venture ownership interest in anesthesia companies owned by Care Plus to owners of the ambulatory surgical centers (the "ASCs") for the purpose of inducing the owners to select an anesthesia company owned by Care Plus as the exclusive provider of anesthesia for their respective ASCs;

  2) the Settlement Defendants knowingly submitted and caused the submission of claims to federal healthcare programs for the reimbursement for anesthesia services provided at the ASCs from January 1, 2012 through August 19, 2016 arising from the conduct set forth above in section (1), in which they falsely certified compliance with the Anti-Kickback Statute.

2.    All remaining claims asserted by the Relator on behalf of the Government are dismissed with prejudice to the Relator and without prejudice to the Government.

3.    All claims asserted on behalf of the State of Florida are dismissed with prejudice as to the Relator and without prejudice to the State of Florida.

4.    All claims asserted on behalf of the State of Texas are dismissed with prejudice as to the Relator and without prejudice to the State of Texas.

5. All remaining claims asserted by the Relator for attorney's fees, costs and expenses under 31 U.S.C. § 3730(d) are dismissed with prejudice.

███████████████████

IT IS SO ORDERED, this __14th__ day of __April_____, 2022.

*William M. Ray II*

_____
JUDGE WILLIAM M. RAY, II
UNITED STATES DISTRICT COURT

Presented by:

Neeli Ben-David
Assistant U.S. Attorney
Counsel for the United States of America

Jim Mooney
Assistant Attorney General
Counsel for the State of Georgia

J. Marc Vezina
Counsel for Relator